THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES HORN, Appellant.

Argued March 6, 1940; decided April 9, 1940.

*Frederick J. Sullivan, Samuel W. Greenwald* and *Thomas B. Dyett* for appellant.

*Thomas E. Dewey, District Attorney* (*Stanley H. Fuld* and *Manuel Robbins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, SEARS and LEWIS, JJ. LOUGHRAN and CONWAY, JJ., dissent on the ground that it was material error to receive in evidence statements made by the deceased in the presence of the defendant when the defendant was in custody.